McCreery Realty Corporation, Respondent, v. Associated Merchants Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Laughlin, J., dissented on the ground that the court has no power to authorize a lease for a period beyond the date of entry of final judgment in this action.

Isidor Blumberg, an Infant, etc., Appellant, v. John Sternecker and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael Marks, Respondent, v. David Magid and Another, Copartners, etc., Appellants.— Determination reversed, with costs in this court and in the Appellate Term, and order of Municipal Court affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jacob Cohen, Appellant, v. Arthur Walker & Company, Inc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Richard H. W. Baker and Others, Respondents, v. Samuel H. Couch, Individually and as Executor, etc., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Northern Insurance Company of New York, Respondent, v. Oscar V. Barger, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Application for a Writ of Mandamus by John J. Campbell, Appellant, against Henry Moskowitz and Others, Commissioners of the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mervyn Wolff, Appellant, v. Noel Jourda De Vaux, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benjamin Blossom, Respondent, v. Thomas M. Hodgens, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles A. Kittle, Respondent, v. John H. Flagler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Grosner, Respondent, v. Julius H. Reiter, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.